whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–341. PEARSON v. OHIO. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–374. LOGAN v. SUPREME COURT OF IOWA ET AL. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question.

No. 83–5320. FULLMER v. UTAH. Appeal from Sup. Ct. Utah dismissed for want of substantial federal question.

No. D–332. IN RE DISBARMENT OF PARSONS. Disbarment entered. [For earlier order herein, see 460 U. S. 1078.]

No. D–333. IN RE DISBARMENT OF BAXTER. Disbarment entered. [For earlier order herein, see 461 U. S. 902.]

No. D–335. IN RE DISBARMENT OF HUBER. Disbarment entered. [For earlier order herein, see 461 U. S. 902.]

No. D–336. IN RE DISBARMENT OF MCLEAN. Disbarment entered. [For earlier order herein, see 461 U. S. 902.]

No. D–337. IN RE DISBARMENT OF VANDOREN. Disbarment entered. [For earlier order herein, see 461 U. S. 903.]

No. D–338. IN RE DISBARMENT OF COLLINS. Disbarment entered. [For earlier order herein, see 461 U. S. 922.]

No. D–340. IN RE DISBARMENT OF LONG. Disbarment entered. [For earlier order herein, see 461 U. S. 922.]

No. D–341. IN RE DISBARMENT OF SCACCHETTI. Disbarment entered. [For earlier order herein, see 461 U. S. 940.]

No. D–342. IN RE DISBARMENT OF BAKER. Disbarment entered. [For earlier order herein, see 461 U. S. 941.]

No. D–344. IN RE DISBARMENT OF STROH. Disbarment entered. [For earlier order herein, see 461 U. S. 941.]